UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID BROWNBURG,

        Petitioner,               Case No. 1:07-cv-210

v.                                          Honorable Wendell A. Miles

KENNETH ROMANSKI,

        Respondent.

_____/

### ORDER OF DISMISSAL

This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. On May 1, 2007, the Court entered an order requiring Petitioner to file an amended petition on the form provided by the Court (docket #5). *See* Rule 2(d), RULES GOVERNING § 2254 CASES; W.D. Mich. LCivR 5.6(a). The Court allowed 30 days for Petitioner to comply. Petitioner was warned that if he failed to comply the Court may dismiss his case for want of prosecution. More than 30 days have elapsed and Petitioner has not submitted an amended petition. Because Petitioner has failed to comply with the Court's order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.

Dated: June 27, 2007                                                /s/ Wendell A. Miles
                                                                             Wendell A. Miles
                                                                             Senior U.S. District Judge